UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GUNNAR JORDAN TAYLOR                                  CIVIL ACTION

VERSUS                                                NUMBER: 20-1943

JERRY LARPENTER, ET AL.                               SECTION: "H"(5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed for failure to prosecute pursuant to Rule 41(b), Fed. R. Civ. P., and Local Rule 41.3.1.

New Orleans, Louisiana, this 1st day of March , 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE